FILED
S DISTRICT COURT

JOHN W. HUBER, United States Attorney (#7226)
JARED C. BENNETT, Assistant United States Attorney (#9097)
LAKE DISHMAN, Assistant United States Attorney (provisionally admitted)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801)-524-5682
Email: jared.bennett@usdoj.gov

2016 DEC 13  P 4: 12
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

Case: 2:16cr00651
Assigned To : Waddoups, Clark
Assign. Date : 12/13/2016
Description: USA v. Walker

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | Case No. |
|---|---|
| Plaintiff, | MISDEMEANOR INFORMATION |
| vs. | COUNTS I-V: 16 U.S.C. § 707(a) (violating 16 U.S.C. § 703 by possessing migratory birds) |
| MICHELLE JO WALKER, | |
| Defendant. | Judge Select Judge |

The United States Attorney charges:

### COUNT I
### 16 U.S.C. § 707(a)
### (Possessing A Migratory Bird)

On or about November 25, 2012, in the Central Division of the District of Utah,

**MICHELLE JO WALKER,**

Defendant herein, violated 16 U.S.C. § 703 by possessing a migratory bird (i.e., a taxidermy barn owl) without the permission of the Secretary of the Interior all in violation of 16 U.S.C. § 707(a).

**COUNT II**
**16 U.S.C. § 707(a)**
**(Possessing A Migratory Bird)**

On or about September 20, 2012, in the Central Division of the District of Utah,

**MICHELLE JO WALKER,**

Defendant herein, violated 16 U.S.C. § 703 by possessing two migratory birds (i.e., a taxidermy barn owl and a taxidermy long-eared owl) without the permission of the Secretary of the Interior all in violation of 16 U.S.C. § 707(a).

**COUNT III**
**16 U.S.C. § 707(a)**
**(Possessing A Migratory Bird)**

On or about September 17, 2012, in the Central Division of the District of Utah,

**MICHELLE JO WALKER,**

Defendant herein, violated 16 U.S.C. § 703 by possessing a migratory bird (i.e., a taxidermy barn owl) without the permission of the Secretary of the Interior, all in violation of 16 U.S.C. § 707(a).

**COUNT IV**
**16 U.S.C. § 707(a)**
**(Possessing A Migratory Bird)**

On or about August 10, 2012, in the Central Division of the District of Utah,

**MICHELLE JO WALKER,**

Defendant herein, violated 16 U.S.C. § 703 by possessing a migratory bird (i.e., a taxidermy long-eared owl) without the permission of the Secretary of the Interior, all in violation of 16 U.S.C. § 707(a).

## COUNT V
## 16 U.S.C. § 707(a)
## (Possessing A Migratory Bird)

On or about May 26, 2012, in the Central Division of the District of Utah,

**MICHELLE JO WALKER,**

Defendant herein, violated 16 U.S.C. § 703 by possessing a migratory bird (i.e., a taxidermy barn owl) without the permission of the Secretary of the Interior, all in violation of 16 U.S.C. § 707(a).

JOHN W. HUBER
United States Attorney

/s/ JARED C. BENNETT
JARED C. BENNETT
Assistant United States Attorney